IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PATRICIA ANN MITCHELL,

                          3:13-cv-00270-CL

      Plaintiff,

   v.                         **ORDER**

CAROLYN W. COLVIN,
Commissioner of
Social Security

      Defendant.

---

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Findings and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review.  I find no error. Accordingly, I ADOPT the Findings and Recommendation (#16). The Commissioner's decision is AFFIRMED and the case is DISMISSED.

IT IS SO ORDERED.


DATED this __18__ day of February, 2014.


OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER